AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Maria Aguilar<br>*Plaintiff(s)*<br>v.<br>Bank of America Short Term Disability Plan<br>*Defendant(s)* | Civil Action No.   C-16-7193-KAW |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
Bank of America Short Term Disability Plan
c/o Bank of America Corporation Corporate Benefits Committee
100 N. Tryon ST.
Charlotte NC 28255


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
James P. Keenley
Bolt Keenley Kim LLP
1010 Grayson St., Ste. 3
Berkeley CA 94710
jkeenley@bkkllp.com


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*CLERK OF COURT*
*Susan Y. Soong*

Date: December 16, 2016

*Signature of Clerk or Deputy Clerk*