James P. Keenley (State Bar No. 253106)
Emily A. Bolt (State Bar No. 253104)
Brian H. Kim (State Bar No. 215492)
BOLT KEENLEY KIM LLP
1010 Grayson Street, Suite Three
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA AGUILAR | Case No.: 3:16-cv-07193-JST |
| Plaintiff, | **STIPULATION TO DISMISS CASE WITH PREJUDICE** |
| v. | |
| BANK OF AMERICA SHORT TERM DISABILITY PLAN | |
| Defendant. | |

## JOINT STIPULATION

WHEREAS, the Parties have reached a settlement of all claims asserted in this action.

WHEREFORE, the Parties hereby stipulate to dismiss the entire case with prejudice, each party to bear their own costs and fees.

IT IS SO STIPULATED.

| | |
|---|---|
| DATED: | BOLT KEENLEY KIM LLP |
| | By: */s/ James P. Keenley* <br>     James P. Keenley <br>     Brian H. Kim <br>     Emily A. Bolt |
| | Attorneys for Plaintiff MARIA AGUILAR |
| DATED: | GORDON & REES LLP |
| | By: */s Jordan S. Altura* <br>     Jordan S. Altura <br>     Tino Do |
| | Attorneys for Defendant BANK OF AMERICA SHORT TERM DISABILITY PLAN |

**ORDER**

Having reviewed the stipulation of the parties and good cause showing, the Court hereby GRANTS the parties' stipulation to dismiss the entire case with prejudice, each party to bear their own costs and fees.

IT IS SO ORDERED.

DATED: July 5, 2017

Honorable John S. Tigar
United States District Judge

.